# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO PEREIDA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JAMES D. HARTLEY, Warden,<br><br>　　　　　　Respondent. | 1:10-cv-00860-OWW-JLT HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 15)<br><br>ORDER DENYING MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS (Doc. 11)<br><br>ORDER REMANDING PETITION FOR WRIT OF HABEAS CORPUS TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |

　　　Petitioner is a state prisoner proceeding through retained counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On August 8, 2010, Respondent filed a motion to dismiss the petition, claiming lack of exhaustion. (Doc. 11). On November 4, 2010, the Magistrate Judge assigned to the case filed a Findings and Recommendations recommending that Respondent's motion to dismiss be denied. (Doc. 15). This Findings and Recommendations was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order.  On November 24, 2010, Respondent filed objections to the Magistrate Judge's Findings and Recommendations.  (Doc. 16).  On November 30, 2010, Petitioner's counsel filed a response to

1 | Respondent's objections.  (Doc. 17).

2 |      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations is supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

     Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 4, 2010 (Doc. 15), is ADOPTED IN FULL;
2. Respondent's Motion to Dismiss (Doc. 11), is DENIED;
3. This petition for writ of habeas corpus is REMANDED to the United States Magistrate Judge assigned to this case for further proceedings.

IT IS SO ORDERED.

**Dated:   December 14, 2010**　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE